# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: § | |
| § | |
| HOUSER, JACK D. § | Case No. 13-03252 |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF THE COURT
          219 s. DEARBORN STREET
          CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 09/20/2013 in Courtroom 4016,
          Henry Hyde Judicial Office Facility
          505 N. County Farm Road
          Wheaton IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/19/2013            By: CLERK OF THE COURT


*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
HOUSER, JACK D. § Case No. 13-03252
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,893.10 |
| and approved disbursements of | $ | 50.00 |
| leaving a balance on hand of[1] | $ | 5,843.10 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 1,339.31 | $ 0.00 | $ 1,339.31 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $     1,339.31 |
| Remaining Balance | $     4,503.79 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 33,896.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 3,173.95 | $ 0.00 | $ 421.72 |
| 2 | Sallie Mae | $ 4,806.99 | $ 0.00 | $ 638.71 |
| 3 | Worlds Foremost Bank | $ 3,859.56 | $ 0.00 | $ 512.82 |
| 4 | eCAST Settlement Corp | $ 13,904.57 | $ 0.00 | $ 1,847.50 |
| 5 | Capital One | $ 910.47 | $ 0.00 | $ 120.97 |
| 6 | eCAST Settlement Corp | $ 7,240.66 | $ 0.00 | $ 962.07 |

Total to be paid to timely general unsecured creditors      $      4,503.79

Remaining Balance      $      0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
                Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 13-03252-DRC
Jack D. Houser  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1  User: kseldon  Page 1 of 3  Date Rcvd: Aug 20, 2013
    Form ID: pdf006  Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2013.

```
db          +Jack D. Houser,    362A Whitewater Drive,    #302,    Bolingbrook, IL 60440-7942
19971999   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:  Bank of America,     P.O. Box 982235,    El Paso, TX 79998-2235)
19972000    Cabela's Club/WFB,    P.O. Box 82608,    Lincoln, NE 68501-2608
20483831    Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19972002   +Carla Schlemmer,    14109 Nicklaus Drive,    Overland Park, KS 66223-3349
19972003   +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
19972004   +Chase Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
19972005   +Codilis and Associates, P.C.,    15W030 N. Frontage Rd. Suite 100,    Willowbrook, IL 60527-6921
19972008   +GC Services Limited Partnership,    6330 Gulfton,    Houston, TX 77081-1198
19972009   +Geraldine F. Houser,    1011 Gary Ct.,    Wheaton, IL 60187-4087
19972010  ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court:  Illinois Department of Revenue,    Bankruptcy Section, Level 7-425,
             100 W. Randolph St.,    Chicago, IL 60106)
19972012    JP Morgan Chase Bank,    P.O. Box 24696,    Columbus, OH 43224-0696
19972013  #+Kathryn Houser,    5820 N. Glenwood,    Unit 3,    Chicago, IL 60660-3440
19972016   +MEPT River Run LLC,    350 Whitewater Drive,    Bolingbrook, IL 60440-1778
19972015    Macys/DSNB,    P.O. Box 8218,    Mason, OH 45040-8218
19972017   +NCB Management Services Inc.,    P.O. Box 1099,    Langhorne, PA 19047-6099
19972019    U.S. Bank,    P.O. Box 20005,    Owensboro, KY 42304-0005
19972020  ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
             (address filed with court:  Wells Fargo Dealer Services,    P.O. Box 25341,
             Santa Ana, CA 92799-5341)
20432953    WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
20436857    eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
             New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19972001    +E-mail/Text: cms-bk@cms-collect.com Aug 21 2013 01:55:55    Capital Management Services, LP,
             726 Exchange St., Suite 700,    Buffalo, NY 14210-1464
19972006     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 21 2013 02:06:08    Discover Financial Services,
             P.O. Box 15316,    Wilmington, DE 19850-5316
20127407     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 21 2013 02:06:08    Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
19972007    +E-mail/Text: collector@dupageco.org Aug 21 2013 01:55:56    DuPage County Tax Collector,
             421 N. County Farm Rd.,    Wheaton, IL 60187-3992
19972011     E-mail/Text: cio.bncmail@irs.gov Aug 21 2013 01:49:37    Internal Revenue Service,
             Centralized Insolvency Operations,    P.O. Box 21126,    Philadelphia, PA 19114
19972014     E-mail/Text: bnckohlsnotices@becket-lee.com Aug 21 2013 01:51:44    Kohl's/Capital One,
             P.O. Box 3115,    Milwaukee, WI 53201-3115
19972018     E-mail/PDF: pa_dc_claims@salliemae.com Aug 21 2013 02:03:19    Sallie Mae,    P.O. Box 9500,
             Wilkes Barre, PA 18773-9500
20329583    +E-mail/PDF: pa_dc_claims@salliemae.com Aug 21 2013 02:03:18    Sallie Mae,    c/o Sallie Mae Inc.,
             220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 8
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
20522973*    eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
             New York, NY 10087-9262
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: kseldon            Page 2 of 3           Date Rcvd: Aug 20, 2013
                              Form ID: pdf006          Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 22, 2013**                              **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: kseldon              Page 3 of 3         Date Rcvd: Aug 20, 2013
                              Form ID: pdf006            Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2013 at the address(es) listed below:

        Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
        Dennise L. McCann    on behalf of Debtor Jack D. Houser mccann@aandalaw.com,   wheaton@aandalaw.com
        Maria  Georgopoulos    on behalf of Creditor   U.S. BANK, NATIONAL ASSOCIATION
        nd-three@il.cslegal.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                                                                  TOTAL: 4