UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
HOUSER, JACK D. § Case No. 13-03252
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter     on              . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Carla Schlemmer 14109 Nicklaus Drive Overland Park, KS 66223 |  |  |  |  |  |
|  | DuPage County Tax Collector 421 N. County Farm Rd. Wheaton, IL 60187 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JP Morgan Chase Bank P.O. Box 24696 Columbus, OH 43224-0696 | | | | | |
| | U.S. Bank P.O. Box 20005 Owensboro, KY 42304-0005 | | | | | |
| | Wells Fargo Dealer Services P.O. Box 25341 Santa Ana, CA 92799-5341 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section, Level 7-425 100 W. Randolph St. Chicago, IL 60106 | | | | | |
| | Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America P.O. Box 982235 El Paso, TX 79998-2235 |  |  |  |  |  |
|  | Chase P.O. Box 15298 Wilmington, DE 19850 |  |  |  |  |  |
|  | Macys/DSNB P.O. Box 8218 Mason, OH 45040-8218 |  |  |  |  |  |
| 5 | CAPITAL ONE |  |  |  |  |  |
| 1 | DISCOVER BANK |  |  |  |  |  |
| 4 | ECAST SETTLEMENT CORP |  |  |  |  |  |
| 6 | ECAST SETTLEMENT CORP |  |  |  |  |  |
| 2 | SALLIE MAE |  |  |  |  |  |
| 3 | WORLDS FOREMOST BANK |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

Case 13-03252 Doc 30 Filed 11/19/13 Entered 11/19/13 16:25:16 Desc Main
Document Page 7 of 9

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 13-03252 CAS Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | HOUSER, JACK D. | Date Filed (f) or Converted (c): | 01/29/13 (f) |
| | | 341(a) Meeting Date: | 02/26/13 |
| For Period Ending: | 11/12/13 | Claims Bar Date: | 05/31/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY | 185,000.00 | 0.00 | | 0.00 | FA |
| 2. CHASE CHECKING ACCOUNT | 242.69 | 0.00 | | 0.00 | FA |
| 3. SECURITY DEPOSITS | 500.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS AND FURNISHINGS | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL AND JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
| 6. FIREARMS AND HOBBY EQUIPMENT | 3,000.00 | 0.00 | | 0.00 | FA |
| 7. INTERESTS IN INSURANCE POLICIES | 11,406.58 | 0.00 | | 0.00 | FA |
| 8. PENSION PLANS AND PROFIT SHARING | 217,415.73 | 217,415.73 | | 0.00 | FA |
| 9. INHERITANCE | 8,693.10 | 8,693.10 | | 5,893.10 | FA |
| 10. 2007 TOYOTA 4 RUNNER | 14,765.00 | 0.00 | | 0.00 | FA |
| 11. 2011 TOYOTA RAV 4 | 18,084.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $461,607.10 | $226,108.83 | | $5,893.10 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): 12/31/13


/s/    BRENDA PORTER HELMS, TRUSTEE
_____    Date: 11/12/13
BRENDA PORTER HELMS, TRUSTEE


LFORM1                                                                                                                           Ver: 17.03a
**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-03252 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | HOUSER, JACK D. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1491 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9590 | | |
| For Period Ending: | 11/12/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/23/13 | 9 | Jack D. Houser<br>362A Whitewater<br>Bolingbrook IL | inheritance | 1129-000 | 5,893.10 | | 5,893.10 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,883.10 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,873.10 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,863.10 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,853.10 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,843.10 |
| 09/25/13 | 010001 | Brenda Porter Helms | | 2100-000 | | 1,339.31 | 4,503.79 |
| 09/25/13 | 010002 | Discover Bank<br>DB Servicing Corp<br>P.O. Box 3025<br>New Albany OH 43054 | Final Distribution | 7100-000 | | 421.72 | 4,082.07 |
| 09/25/13 | 010003 | Sallie Mae<br>220 Lasley Ave<br>Wikes Barre PA 18706 | Final Distribution | 7100-000 | | 638.71 | 3,443.36 |
| 09/25/13 | 010004 | Worlds Foremost Bank<br>Cabela's Club Visa<br>P.O. Box 82609<br>Lincoln NE 68501 | Final Distribution | 7100-000 | | 512.82 | 2,930.54 |
| 09/25/13 | 010005 | eCAST Settlement Corp<br>assignee of Chase Bank USA<br>P.O. Box 29262<br>New York NY 10087 | Final Distribution | 7100-000 | | 1,847.50 | 1,083.04 |
| 09/25/13 | 010006 | Capital One<br>c/o Becket and lee LLP<br>P.O. Box 3001<br>Malvern PA 19355 | Final Distribution | 7100-000 | | 120.97 | 962.07 |

Page Subtotals    5,893.10    4,931.03

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 13-03252 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | HOUSER, JACK D. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1491 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9590 | | |
| For Period Ending: | 11/12/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/25/13 | 010007 | eCAST Settlement Corp<br>assignee of Chase Bank USA<br>P.O. Box 29262<br>New York NY 10087 | Final Distribution | 7100-000 | | 962.07 | 0.00 |

|   |   |   |   |
|---|---|---|---|
| COLUMN TOTALS | 5,893.10 | 5,893.10 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 5,893.10 | 5,893.10 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,893.10 | 5,893.10 | |

|   | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********1491 | 5,893.10 | 5,893.10 | 0.00 |
| | ---------------- | ---------------- | ---------------- |
| | 5,893.10 | 5,893.10 | 0.00 |
| | ================ | ================ | ================ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/ BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature: _____ Date: 11/12/13

BRENDA PORTER HELMS, TRUSTEE

Page Subtotals   0.00   962.07

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*